FILED
ASHEVILLE, NC

OCT 0 6 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISON**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DESHAWN TERRELL MILLER** | DOCKET NO. 1:26-CR- 68-MR-WCM<br><br>**BILL OF INDICTMENT**<br><br>Violation:<br>18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about March 24, 2026, in Buncombe County, within the Western District of North Carolina, and elsewhere, the defendant,

**DESHAWN TERRELL MILLER,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Smith & Wesson, model M&P Bodyguard 38, .38 Spl. caliber revolver, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Smith & Wesson, model M&P Bodyguard 38, .38 Spl. caliber revolver and ammunition seized on or about March 24, 2026, during the course of the investigation.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

CHRISTOPHER S. HESS
ASSISTANT UNITED STATES ATTORNEY