Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ◉ NO

**DOCKET NUMBER:** 1:26-cr-68-MR-WCM

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** :US vs Deshawn Terrell Miller

**COUNTY OF OFFENSE** : Buncombe

**RELATED CASE INFORMATION** : none

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ◯ Petty ◯ Misdemeanor ◉ Felony

18 U.S.C. § 922(g)(1)

**JUVENILE:** ◯ Yes ◉ No

**ASSISTANT U. S. ATTORNEY** : Chris Hess

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )